JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY LEE MOSLEY, | Case No. CV 15-1812-KK |
| Petitioner, | |
| v. | JUDGMENT |
| M. D. BITER, | |
| Respondent. | |

Pursuant to the Order Granting Motion to Dismiss Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED: JANUARY 19, 2016

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE